**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MS. MARGO JACOBSEN,**

        **Plaintiff,**

        v.                                            5:16-CV-56
                                                          (FJS/TWD)

**DR. DANIEL SUDILOVSKY and**
**CAYUGA MEDICAL CENTER AT**
**ITHACA,**

        **Defendants.**

---

### ORDER OF DISMISSAL BY REASON OF SETTLEMENT

The mediator advised the Court that the parties have settled this action or are in the process of settling this action. *See* Dkt. No. 86. Furthermore, a review of the Court's docket indicates that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y. L.R. 68.2(a), the Court hereby

**ORDERS** that the above-captioned case is dismissed and discontinued in its entirety, without costs, and without prejudice to the right of any party to reopen this action within thirty (30) days of the date of this Order if the settlement is not consummated; and the Court further

**ORDERS** that any application to reopen this case must be filed within thirty (30) days of the date of this Order. An application to reopen filed after the expiration of that thirty (30) day period, unless the Court has extended that period prior to its expiration, may be summarily denied solely on the basis of untimeliness; and the Court further

**ORDERS** that, if the parties wish for the Court to retain ancillary jurisdiction for the purpose of enforcing any settlement agreement, they must submit a request that the Court retain

jurisdiction over enforcement of the agreement or submit the agreement to the Court for incorporation of its terms into an Order retaining jurisdiction within the above-referenced thirty (30) day period for reopening the matter; and the Court further

**ORDERS** that the dismissal of the above-captioned action shall become with prejudice on the thirty-first day following the date of this Order, unless any party moves to reopen this case within thirty (30) days of the date of this Order upon a showing that the settlement was not consummated, or the Court extends the thirty (30) day period prior to its expiration; and the Court further

**ORDERS** that the Clerk of the Court shall close this case and serve a copy of this Order on the parties pursuant to the Court's Local Rules.

**IT IS SO ORDERED.**

Dated: January 13, 2017
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge